UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re: Deborah Ann Bacchus                     Chapter 7
Dba My Dream Home Realty Inc.,

                                                                       Case No. 17-71193

                                Debtor(s).
-----------------------------------------------------------x

To: Honorable Louis A. Scarcella:

We represent the debtor in the loss mitigation action.

On April 18, 2018 this office submitted a complete loss mitigation package to the lender's attorney and the lender. The lender denied the application on June 25, 2018.

On July 27, 2018 the debtor filed an appeal with the lender. On August 13, 2018 the lender denied the appeal.

On September 7, 2018 the debtor filed with the court a final loss mitigation report.

Request is herein made for the loss mitigation to be terminated.

October 17, 2018

                                                                      Edwin Arnes
                                                                      Attorney for Debtor